M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2026 FEB 17 P 12: 20
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Silas Martin
Full name and prison name of Plaintiff(s)

v. JOHN HAMM; JOHN CROW; C. APIRI, (INDIVIDUAL CAPACITY)
MS. BARNES, NURSE PETERSON; (Official CAPACity)

Name of person(s) who violated your constitutional rights. (List the names of all the person.)

CIVIL ACTION NO. 2:26-cv-00104-WKW-KFP
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☑ NO ☐

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff (s) Silas Martin

Defendant(s) YESCARE LLC

2. Court (if federal court, name the district; if state court, name the county)

MIDDLE DISTRICT

3. Docket number 2:25-CV-672-ECM-JTA

4. Name of judge to whom case was assigned Jerusha T. Adams

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) Still pending

6. Approximate date of filing lawsuit AUGUST 27, 2025

7. Approximate date of disposition

II. PLACE OF PRESENT CONFINEMENT STATON CORRECTIONAL FACILITY

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. JOHN HAMM | 301 S. RIPLEY St. MONTGOMERY, AL. 36130 |
| 2. JOHN CROW | 3520 MARION SPILLWAY Rd. ELMORE, AL. 36025 |
| 3. C. APIRI | 3520 MARION SPILLWAY Rd. ELMORE, AL. 36025 |
| 4. MS. BARNES | 2690 MARION SPILLWAY Rd. ELMORE, AL. 36025 |
| 5. NURSE PETERSON | 2690 MARION SPILLWAY Rd. ELMORE, AL. 36025 |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED DECEMBER 14, 2025,

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Failure To Protect (EIGHTH AMENDMENT)

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

SEE ATTACHED PAGE

GROUND TWO: DENIED SERIOUS MEDICAL NEED (EIGHTH AMENDMENT)

SUPPORTING FACTS: SEE ATTACHED PAGE

GROUND THREE:

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

SEE ATTACHED PAGE

Silas Martin 145609
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on FEBRUARY 13, 2025.
(Date)

Silas Martin 145609
Signature of plaintiff(s)

SILAS MARTIN, 145609-B1-186A
SCF
2690 MARION SPILLWAY Rd.
ELMORE, AL. 36025

LEGAL MAIL

FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 36025
02 7H
0006190691
$ 001.03⁰
FEB 13 2026

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
ONE CHURCH STREET, SUITE B-110
MONTGOMERY, AL. 36104-4018

36104$4018 C039