GROUND ONE:
FACTS WHICH SUPPORT THIS GROUND:

ON DECEMBER 14, 2025, BETWEEN 4 P.M. AND 6 P.M. INSIDE DORM B2 AT ELMORE CORRECTIONAL FACILITY, ELMORE, AL., INMATE SILAS (MARTIN), 145609, WAS PHYSICALLY ATTACKED FROM BEHIND BY SEVERAL INMATES FOR NO REASON.

THE INMATES USED SOME KIND OF HARD OBJECTS WHEN THEY ATTACKED MARTIN. MARTIN LOST CONSCIOUS. ONCE MARTIN REGAINED HIS CONSCIOUS, MARTIN LOOKED AROUND BUT DID NOT SEE THE INMATES WHO ATTACKED HIM. HOWEVER, THE CAMERAS AND CORRECTIONAL OFFICER "C. APIRI" SAW THE INMATES WHO ATTACKED MARTIN.

AS MARTIN WAS BEING ATTACKED, OFFICER C. APIRI STOOD AT THE FRONT OF THE DORM AND WATCHED AS MARTIN WAS ATTACKED. (SUBJECTIVE RECKLESSNESS).

ONCE MARTIN REGAINED HIS CONSCIOUS, OFFICER APIRI STILL DID NOT COME TO MARTIN'S AIDE TO SEE IF MARTIN WAS OKAY. MARTIN YELLED FROM WHERE HE WAS ATTACKED THAT HE NEEDED MEDICAL ASSISTANT. OFFICER APIRI DID NOT

RESPOND REASONABLY TO THE RISK OF MARTINS SAFETY.(LACK OF PROPER SECURITY/ FAILURE TO PROTECT).

ON DECEMBER 17, 2025, MARTIN SUBMITTED A SICK CALL SLIP AND REQUESTED TO SEE A NURSE THAT SAME DAY. HOWEVER, MARTIN WAS DENIED THE RIGHT TO SEE A NURSE.

ON DECEMBER 23, 2025, MARTINS DAUGHTER CALLED ELMORE PRISON TO CHECK ON HER FATHER AFTER MARTINS DAUGHTER CALLED THE PRISON, MARTIN WAS ALLOWED TO SEE A NURSE FOR HIS INJURIES FROM THE ATTACK.

THE NURSE DIAGNOSED MARTIN WITH POST TRAUMATIC HEADACHES AND A BROKE JAW BONE. ALSO, MARTIN SUFFERED A SERIOUS BRUISE ON THE LEFT SIDE OF HIS HEAD NEXT TO HIS TEMPLE. CUTS THAT LOOKED LIKE STABBED WOUNDS BELOW HIS RIGHT JAW AND ON HIS UPPER RIGHT CHEST.

MARTIN NEVER RECEIVED A BODY CHART THE DAY THAT HE WAS ATTACKED. THEREFORE MEDICAL HAVE NOTHING TO SHOW BECAUSE [redacted] ARE DENYING MARTIN THE RIGHT TO MEDICAL

SEE A NURSE. HOWEVER, MARTIN HAVE PHONE CALLS FROM HIS FAMILY THAT SHOWS MARTIN RECEIVED SOME KIND OF MEDICAL.

ON DECEMBER 29, 2025, MARTIN'S NIECE, (LISA MARTIN), CALLED THE PRISON TO CHECK ON HER UNCLE. MARTINS NIECE TALKED TO CAPT. NOLEN. CAPT. NOLEN INFORMED MARTINS NIECE THAT MARTIN HAD RECEIVED X-RAYS.

ON DECEMBER 29, 2025, DR. PETRICE, (ER) INFORMED MARTIN THAT DR. SANTIGO INFORMED HIM THAT MARTINS X-RAYS CONFIRMED THAT MARTINS JAW IS BROKE AND THAT THEY WERE WAITING ON RESULTS FROM THE X-RAYS EXPERTS.

AS OF THIS DATE MARTIN STILL HAVE NOT HEARD FROM MEDICAL AND MARTIN HAS REQUESTED TO SEE A DOCTOR SEVERAL TIMES, BECAUSE HE IS STILL EXPERIENCING DIZZINESS AND HEADACHES FROM THE BLOWS TO HIS HEAD.

GROUND TWO:
FACTS WHICH SUPPORT THIS GROUND:

[redacted] 2026, SILAS MARTIN,
ON JANUARY 21,

INFORMED MS. BARNES THAT HE WAS ATTACKED BY SEVERAL INMATES FOR NO REASON. MARTIN INFORMED MS. BARNES THAT HE SUFFERED A SERIOUS HEAD INJURY FROM BLOWS WITH A VERY HARD OBJECT.

MS. BARNES (MEDICAL PROVIDER). WAS ALSO INFORMED, AS WELL AS NURSE PETERSON THAT MONTHS HAVE PASSED SINCE MARTINS INJURIES, THAT MARTIN STILL IS EXPERIENCING CONSTANT PAINS, DIZZINESSES, ETC., INSIDE HIS HEAD. SWELLING ON THE LEFT SIDE OF HIS FACE. ALSO WHEN MARTIN APPLIES A LITTLE PRESSURE TO THE LEFT SIDE OF HIS HEAD HE FEELS ALOT OF PAIN.

MARTIN REQUESTED MS. BARNES (provider), AND NURSE PETERSON TO SCHEDULE HIM AN OUTSIDE APPOINTMENT WITH A "NEUROLOGIST" TO SEE IF MARTIN SUFFERED SOME KIND OF BRAIN DAMAGES, OR BLEEDING ON THE BRAIN. HOWEVER, MARTIN IS BEING DENIED SERIOUS MEDICAL NEED.

ALSO, MARTIN'S FAMILY HAVE CALLED THE PRISON OFFICIALS, AS WELL AS THE "PRISON COMMISSIONER" MULTIPLES TIMES.

MARTIN STILL IS BEING DENIED SERIOUS MEDICAL NEED.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.

UNDER THE "FAILURE TO PROTECT" CLAIM, MARTIN WAS INFORMED BY AN ADOC EMPLOYEE THAT THE INMATES WHO ATTACKED MARTIN WAS HIRED TO DO SO BY ADOC OFFICERS

THEREFORE, MARTIN SEEKS COMPENSATORY DAMAGES IN THE AMOUNT OF $2,000,000 AGAINST DEFENDANTS, JOINTLY FOR THE SERIOUS INJURIES, THAT MARTIN SUFFERED FROM THE ATTACKED: (BROKE JAW, STABBED WOUNDS ON JAW AND ON CHEST, SERIOUS BRUISE BESIDE LEFT SIDE TEMPLE, AND THE POST TRAUMATIC HEADACHES THAT MARTIN NOW SUFFERS WITH.

IN ADDITION, REVIEW THE CAMERAS ON DECEMBER 14, 2025, BETWEEN 4 P.M. AND 6 P.M. INSIDE DORM B2 AT ELMORE CORRECTIONAL FACILITY, ELMORE, AL., AND DO A FULL INVESTIGATION, CHARGE AND PROSECUTE THOSE INMATES WHO ATTACKED MARTIN.

~~ALSO, TRANSFER MARTIN TO ANOTHER PRISON FOR PROTECTION BECAUSE MARTIN FEARS FOR HIS LIFE LIVING AT~~

UNDER THE DENIED SERIOUS MEDICAL CLAIM, MARTIN USED THE PRISONER GRIEVANCE PROCEDURE AVAILABLE TO TRY AND SOLVE THE PROBLEM. HERE MARTIN SEEKS A PRELIMINARY INJUNCTION.

THEREFORE, UNDER THIS CLAIM, BECAUSE OF THE ON-GOING PAINS THAT MARTIN NOW SUFFERS WITH, (POST TRAUMATIC HEADACHES NON-STOP), CAUSED BY THE BLOWS TO HIS HEAD BY THE ATTACKERS WHO ATTACKED MARTIN, MARTIN ASK THE COURT TO ORDER NURSE BARNES, AND NURSE PETERSON (YESCARE LLC), TO SCHEDULE HIM AN OUTSIDE APPOINTMENT WITH A "NEUROLOGIST" SO IT CAN BE CONFIRMED HOW MUCH DAMAGE MARTIN BRAIN SUFFERED.

MARTIN SEEKS THIS ORDER SOON AS POSSIBLE BECAUSE MARTIN MIGHT BE IRREPARABLY HARMED IF HE'S BLEEDING ON THE BRAIN.